**Order filed October 18, 2011.**



**In The**

# Fourteenth Court of Appeals

———————

### NO. 14-10-01188-CV

———————

**K.J. and V.J., Individually and as Next Friend of E.J., a minor, Appellants**

**V.**

**USA Water Polo, Inc., et al, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-49120**

---

## O R D E R

Appellants' brief was due October 7, 2011. No brief or motion for extension of time has been filed.

Unless appellants submit their brief, and a motion reasonably explaining why the brief was late, to the Clerk of this Court on or before **November 14, 2011**, the Court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM